Docusign Envelope ID: B9549A94-BE4E-4D27-8F84-8A77635ED3DF

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Electric Playhouse NV, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Electric Playhouse** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **92-1187801** |
| 4. | Debtor's address | **Principal place of business**<br><br>**3500 Las Vegas Blvd. S., T01A**<br>**Las Vegas, NV 89109**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 93850**<br>**Albuquerque, NM 87199**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.electricplayhouse.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Docusign Envelope ID: B9549A94-BE4E-4D27-8F84-8A77635ED3DF

Debtor   **Electric Playhouse NV, LLC**                               Case number (*if known*)
　　　　　Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   　　__7139__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

| Debtor | Electric Playhouse NV, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Docusign Envelope ID: B9549A94-BE4E-4D27-8F84-8A77635ED3DF

Debtor    **Electric Playhouse NV, LLC**                                                                      Case number (*if known*)
                Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/19/2025
                        MM / DD / YYYY

X  /s/ (DocuSigned)
Signature of authorized representative of debtor

**Brandon Garrett**
Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X  /s/
Signature of attorney for debtor

Date  10/20/25
         MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone   **702-382-1170**        Email address   **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

# RESOLUTION OF THE GENERAL MANAGER OF
# ELECTRIC PLAYHOUSE NV, LLC,
### a Delaware limited liability company

The undersigned, being the General Manager of ELECTRIC PLAYHOUSE NV, LLC, a Delaware limited liability company (the "Company"), and being authorized to so act in accordance with the Company's Operating Agreement and applicable state law, hereby approves and adopts the following resolutions effective as of October 19, 2025:

WHEREAS, the Company, having determined that in its judgment, and upon the advice of counsel, that it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ LARSON & ZIRZOW, LLC to represent it as bankruptcy counsel.

BE IT FURTHER RESOLVED, that BRANDON GARRETT (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition, schedules, and any amendments thereto under chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court as soon as he shall determine, and take all other reasonable steps thereafter in such bankruptcy case.

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

BE IT FURTHER RESOLVED that any and all past actions taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

[Rest of page intentionally left blank; signature page follows]

IN WITNESS WHEREOF, the undersigned, hereby approves the foregoing effective as of the date set forth above.

ELECTRIC PLAYHOUSE NV, LLC,
a Delaware limited liability company:

By: ELECTRIC PLAYHOUSE, INC.,
a Delaware corporation:

Its: General Manager

By: _____
(DocuSigned by: BBB680B2ECCB456...)

Print Name: Brandon Garrett

Its: CEO

2

# ACTION BY UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS OF
# ELECTRIC PLAYHOUSE, INC.,
### a Delaware corporation

The undersigned, being the Board of Directors of ELECTRIC PLAYHOUSE, INC., a Delaware corporation (the "EPI"), and being authorized to so act in accordance with the EPI's corporate documentation and applicable state law, hereby approves and adopts the following resolutions effective as of October 19, 2025:

WHEREAS, EPI, in its capacity as General Manager of ELECTRIC PLAYGROUND NV, LLC, a Delaware limited liability company ("EPNV"), that upon its judgment, and upon the advice of counsel, that it is desirable and in the best interest of EPNV that it adopt the attached resolution regarding the filing of a voluntary chapter 11 bankruptcy petition and related relief;

BE IT THEREFORE RESOLVED, that EPI, as General Manager of EPNV, hereby adopts the attached Resolution to authorize the EPNV bankruptcy filing and related relief.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of EPI, hereby approves the foregoing effective as of the date set forth above.

ELECTRIC PLAYHOUSE, INC.,
a Delaware corporation:

By: _____
Print Name: Brandon Garrett
Its: Director

By: _____
Print Name: Paul Silverman
Its: Director

By: _____
Print Name: William Bice
Its: Director

3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Electric Playhouse NV, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Shawmut Design & Construction<br>Attn: Bankr. Dep't/Managing Agent<br>560 Harrison Ave.<br>Boston, MA 02115 | | General Contractor | Disputed | | | $2,546,873.00 |
| Forum Shops, LLC<br>The Forum Shops at Caesars III<br>Attn: Management Office<br>3500 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | | Rent & CAMs Per Lease | Disputed Subject to Setoff | | | $1,719,787.00 |
| Various Individuals<br>Unknown addresses<br>Only have email or sometimes phone nos. | | Advance ticket sales | Contingent | | | $68,470.39 |
| Nevada Dep't of Taxation<br>Attn: Bankruptcy Section<br>3850 Arrowhead Dr., 2nd Floor<br>Carson City, NV 89706 | | | | | | $43,087.50 |
| Marquis & Aurbach Chtd.<br>Attn: Terry A. Moore<br>10001 W. Park Run Dr.<br>Las Vegas, NV 89145 | | Legal Services | | | | $15,558.81 |

Debtor   **Electric Playhouse NV, LLC**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sysco Las Vegas, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>6201 E. Centennial Parkway<br>Las Vegas, NV 89115 | | Vendor | | | | $8,431.51 |
| PREDICTIf Solutions<br>100 Century Center Ct., # 700<br>San Jose, CA 95112 | | Deposit for corporate event | | | | $7,587.50 |
| Travel + Leisure Co.<br>Attn: Manging Agent/Counsel's Office<br>501 W. Church St.<br>Orlando, FL 32805 | | Corproate event deposit | | | | $4,442.82 |
| DBM Vircon<br>Attn: Manging Agent/Counsel's Office<br>1230 W. Washington St., Unit 201<br>Tempe, AZ 85281 | | Corporate event deposit | | | | $4,070.25 |
| Keris Kuwana<br>1621 Birch St.<br>Las Vegas, NV 89102 | | Services (Chef/Consultant) | | | | $1,714.42 |
| CT Corporation System<br>701 S. Carson St., #200<br>Carson City, NV 89701 | | Services | | | | $1,714.42 |
| Springle & Fink, LLP<br>9075 W. Diablo Dr.<br>Las Vegas, NV 89148 | | Corproate event deposit | | | | $1,277.91 |
| Everon LLC<br>Attn: Tim Whall, as Manager<br>1501 Yamato Rd.<br>Boca Raton, FL 33431 | | Mechanics' Lien | | | | $863.75 |

Debtor  **Electric Playhouse NV, LLC**　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chefs' Warehouse West Coast, LLC** Attn: Bankr. Dep't/Managing Agent 4248 W. Post Rd. Las Vegas, NV 89118 | | Vendor | | | | $798.36 |
| **Southwest Linen** Attn: Bankr. Dep't/Managing Agent 6335 Sunset Corporate Dr. Las Vegas, NV 89120 | | Services | | | | $770.57 |
| **Anneli Adolfsson** 4030 S. Jones Blvd., #30575 Las Vegas, NV 89103 | | | | | | $600.00 |
| **Breakthru Beverage NV Beer, LLC** Attn: Managing Agent/Counsel's Office P.O. Box 13166 Baltimore, MD 21203 | | Vendor | | | | $526.47 |
| **Terminix Commercial** Attn: Bankruptcy Dept/Managing Agent 860 Ridge Lake Blvd. Memphis, TN 38120 | | Services | | | | $525.00 |
| **The Happy Hours, LLC** 209 S. Stephanie St., #B Henderson, NV 89012 | | Services | | | | $488.00 |
| **Brittany Hillyard** | | Event deposit | | | | $447.26 |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 3

# United States Bankruptcy Court
## District of Nevada

In re: **Electric Playhouse NV, LLC**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/19/2025

DocuSigned by:
BBB680B2ECCB456...
**Brandon Garrett/Chief Executive Officer**
Signer/Title

Docusign Envelope ID: B9549A94-BE4E-4D27-8F84-8A77635ED3DF

Electric Playhouse NV, LLC
P.O. Box 93850
Albuquerque, NM 87199

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankrup
6401 Security Blvd.
Baltimore, MD 21235

Nevada Dept. of Taxation
Attn: Bankruptcy Section
700 E. Warm Spring Rd. Ste 200
Las Vegas, NV 89119

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Abo Empire
P.O. Box 900
Artesia, NM 88211

Alejandro Blake
3612 Conrado Ln., NW
Albuquerque, NM 87107

Alice Kemper
6309 San Michel Way
Delray Beach, FL 33484

Andrew & Katie Stone Trust
2425 Teodoro Rd., NW
Albuquerque, NM 87107

Anneli Adolfsson
4030 S. Jones Blvd., #30575
Las Vegas, NV 89103

Bill Bice & Company, LLC
c/o Dan Pick, as Reg. Agent
8500 Menaul Blvd., NE
Suite 450-B
Albuquerque, NM 87112

Breakthru Beverage Group, LLC
Attn: Bankr. Dep't/Manging Agent
1849 W. Cheyenne Ave. North
North Las Vegas, NV 89032

Breakthru Beverage NV Beer, LLC
Attn: Managing Agent/Counsel's Office
P.O. Box 13166
Baltimore, MD 21203

Brittany Hillyard

Carkov Rovers LLC
3301 Camino Lisa
Santa Fe, NM 87501

Carkov Rovers, LLC
3301 Camino Lisa
Santa Fe, NM 87501

Chefs' Warehouse
Attn: Bankr. Dep't/Managing Agent
100 E. Ridge Rd.
Ridgefield, CT 06877

Chefs' Warehouse West Coast, LLC
Attn: Bankr. Dep't/Managing Agent
4248 W. Post Rd.
Las Vegas, NV 89118

Christopher Jostes
7260 Orchard Harvest Ave.
Las Vegas, NV 89131

Cliff Blaugrund Trust
8513 La Madera Rd., NE
Albuquerque, NM 87109

CPLV Property Owner LLC
c/o Vici Properties 1, LLC
535 Madison Ave., 28th Fl.
New York, NY 10022

CT Corporation System
701 S. Carson St., #200
Carson City, NV 89701

DBM Vircon
Attn: Manging Agent/Counsel's Office
1230 W. Washington St., Unit 201
Tempe, AZ 85281

Desert Fire Protection, LP
c/o Desert Fire Holdings, Inc.
5040 Sobb Ave.
Las Vegas, NV 89118

Desert Fire Protection, LP
c/o CT Corp. System,
as Registered Agent
701 S. Carson St., #200
Carson City, NV 89701

Drew Tulchin
1710 W. Alameda St., #3
Santa Fe, NM 87501

DSB Ventures, LLC
c/o Kendal Giles,
as Registered Agent
7601 Jefferson St. NE #100
Albuquerque, NM 87109

Duane Kinsley
4405 Canyon Ct., NE
Albuquerque, NM 87111

Electric Playhouse, Inc.
P.O. Box 93850
Albuquerque, NM 87199

Electric Playhouse, Inc.
301 Gold Ave SW
Albuquerque, NM 87102

Ellen Kemper Trust
2300 W. Alameda St., Apt. B-1
Albuquerque, NM 87199

Everon LLC
Attn: Tim Whall, as Manager
1501 Yamato Rd.
Boca Raton, FL 33431

Everon Security & Fire Safety
2441 Western Ave.
Las Vegas, NV 89102

Everon, LLC
c/o CT Corp. System,
as Registered Agent
701 S. Carson St., #200
Carson City, NV 89701

Everon, LLC
Attn: Bankr. Dep't/Managing Agent
P.O. Box 872987
Kansas City, MO 64187-2987

Forum Shops LLC
c/o Dentons Durham Jones Pinegar,P
Attn: Brandon P. Johansson
1180 N. Town Center Dr., #200
Las Vegas, NV 89144

Forum Shops, LLC
The Forum Shops at Caesars III
Attn: Management Office
3500 Las Vegas Blvd. So.
Las Vegas, NV 89109

Forum Shops, LLC
c/o The Corporation Trust Co.,
as Registered Agent
1209 Orange St.
Wilmington, DE 19801

Geltmore
201 Coal Ave., SW
Albuquerque, NM 87102

Graybar
7055 S. Decatur Blvd., #100
Las Vegas, NV 89118

Graybar Electric Co., Inc.
Attn: Kathleen Mazzarella, President
34 N. Meramec Ave.
Saint Louis, MO 63105

Graybar Electric Co., Inc.
c/o Corporate Service Co.,
as Registered Agent
112 N. Curry St.
Carson City, NV 89703

Green CO2 Systems
1281 E. Magnolia #D
Fort Collins, CO 80524

Green CO2 Systems
5495 S. Valley View Blvd., Suite B
Las Vegas, NV 89118

Harris Las Vegas, LLC
Attn: David A. Barnes, Manager
909 Montreal Circle
Saint Paul, MN 55102

Harris Las Vegas, LLC
c/o Douglas P. Lee, President
5701 W. Sunset Rd.
Las Vegas, NV 89118

Herrell Family Trust
P.O. Box 4338
Alamogordo, NM 88310

Jaguar Resorts LLC
c/o David Cartwright,
as Registered Agent
3301 Camino Lisa
Santa Fe, NM 87501

Jalapeno Corp.
Attn: H. Emmons Yates
P.O. Box 1608
Albuquerque, NM 87103

Jim Samis
2822 W. 5th St.
Fort Worth, TX 76107

John Strong
123 15th St., SW
Albuquerque, NM 87104

Johnson Controls Fire Prot. LP
c/o Simplex Time Recorder, LLC
as General Partner
6600 Congress Ave.
Boca Raton, FL 33487

Johnson Controls Fire Prot. LP
1545 E Pama Ln.
Las Vegas, NV 89119

Kamran & Company
Attn: Mark Reinbold, Manager
415 N. Salsipuedes St.
Santa Barbara, CA 93103

Kamran and Company
420 S. Fairview Ave., #102
Goleta, CA 93117

Keris Kuwana
1621 Birch St.
Las Vegas, NV 89102

Lewis Kemper
800 Saverien Dr.
Sacramento, CA 95864

Docusign Envelope ID: B9549A94-BE4E-4D27-8F84-8A77635ED3DF

Lineage Advantage, LLC
c/o Neil Hise
17 Cattle Dr.
Los Lunas, NM 87031

Lionel Leventhal
320 Central Park West, #31
New York, NY 10025

Ludwig Family
750 Chamisal Rd., NW
Albuquerque, NM 87107

Luke Comer
3965 Wonderland Hill Ave.
Boulder, CO 80304

Marquis & Aurbach Chtd.
Attn: Terry A. Moore
10001 W. Park Run Dr.
Las Vegas, NV 89145

Milagro Group, LLC
c/o Michael A. Barnes
610 Reilly Ave.
Farmington, NM 87401

Mount Royal Capital, LLC
Glenn Darden Family Office
500 W. 7th St., #502
Fort Worth, TX 76102

Nevada Dep't of Taxation
Attn: Bankruptcy Section
3850 Arrowhead Dr., 2nd Floor
Carson City, NV 89706

Nevada Dep't of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Suite 200
Las Vegas, NV 89119

NM 2022 Vintage Fund LLLP
1451 Innovation Pkwy, #600
Albuquerque, NM 87123

NM 2022 Vintage Fund, LLLP
1451 Innovation Pkwy., #600
Albuquerque, NM 87123

NM 2023 Vintage Fund LLLP
1451 Innovation Pkwy., #600
as Registered Agent
Albuquerque, NM 87123

Park Five Capital
Attn: Bankr. Dep't/Managing Agent
1301 Canyon Rd.
Santa Fe, NM 87501

Paula Investments
c/o Khris Paul Puckett
1698 Tierra Del Rio, NW
Albuquerque, NM 87107

Petro Yates - Jalapeno Corp.
P.O. Box 1608
Albuquerque, NM 87103

PetroYates, Inc.
P.O. Box 1608
Albuquerque, NM 87103

Pichon Family Trust
2726 Diligence Circle
Anchorage, AK 99515

PREDICTIf Solutions
100 Century Center Ct., # 700
San Jose, CA 95112

Proctor Revocable Trust
15 La Vuelta Rd.
Tijeras, NM 87059

Rebekah Runyon
8619 Quail Creek Ct., NE
Albuquerque, NM 87113

Red Tree Holdings LLC
c/o Stuart Rose
5901 Indian School Rd., NE
Albuquerque, NM 87110

Ron Frazier
1501 Sopio Rd., SE
Albuquerque, NM 87123

Shawmut Design & Construction
Attn: Bankr. Dep't/Managing Agent
560 Harrison Ave.
Boston, MA 02115

Shawmut Woodworking & Supply In
c/o Albright, Stoddard, et al.
Attn: D. Chris Albright
801 S. Rancho Dr., # D-4
Las Vegas, NV 89106

Simon Property Group
Attn: Legal Dep't./Counsel's Office
225 W. Washington St.
Indianapolis, IN 46204

Southwest Gas
Attn: Bankr. Dep't /Managing Agent
P.O. Box 98890
Las Vegas, NV 89193-8890

Southwest Linen
Attn: Bankr. Dep't/Managing Agent
6335 Sunset Corporate Dr.
Las Vegas, NV 89120

Southwest Specialty Cont., LLC
Attn: Victor J. Dubois, Manager
5990 S. Buffalo Dr.
Las Vegas, NV 89113

Southwest Specialty Cont., LLC
c/o The Allison Law Firm Chtd.,
as Regsitered Agent
2260 Corproate Circle, Suite 490
Henderson, NV 89074

Springle & Fink, LLP
9075 W. Diablo Dr.
Las Vegas, NV 89148

Docusign Envelope ID: B9549A94-BE4E-4D27-8F84-8A77635ED3DF

Steve Rowan
4712 Westridge Pl., NE
Albuquerque, NM 87111

Stone Investments LP
31560 Aspen Ridge Rd.
Steamboat Springs, CO 80477

Suraj S. Reddy Investment
7412 Rio Grande Blvd., NW
Albuquerque, NM 87107

Sysco Las Vegas, Inc.
Attn: Bankruptcy Dept/Managing Agent
6201 E. Centennial Parkway
Las Vegas, NV 89115

Terminix Commercial
Attn: Bankruptcy Dept/Managing Agent
860 Ridge Lake Blvd.
Memphis, TN 38120

The Happy Hours, LLC
209 S. Stephanie St., #B
Henderson, NV 89012

Thomas P. Tinnin
2303 Candelaria Rd., NW
Albuquerque, NM 87107

Travel + Leisure Co.
Attn: Manging Agent/Counsel's Office
501 W. Church St.
Orlando, FL 32805

U.S. Small Business Admin.
Attn: Legal Counsel Office
312 N. Spring St., Fifth Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101

Valley Steel, LLC
Attn: General Manager/Counsel's Office
4070 Ponderosa Way
Las Vegas, NV 89118

Valley Steel, LLC
c/o Bonnie Lally,
as Registered Agent
9112 Songwood Ct.
Las Vegas, NV 89129

Various Individuals
Unknown addresses
Only have email or sometimes phone nos.

Venable LLP
Attn: Elizabeth Fialkowski Stieff
750 East Pratt St., Suite 900
Baltimore, MD 21202

Vesta Foodservice
3260 N. Lamb Blvd. (Building 2)
Las Vegas, NV 89115

Vesta Foodservices NV
P.O. Box 2293
Santa Fe Springs, CA 90670

WeFunder Inc.
Attn: Counsel's Office/Manager
1885 Mission St.
San Francisco, CA 94103

West Edna Assocs. Ltd./Mohave El
c/o Kenneth A. Woloson,
as Registered Agent
1980 Festival Plaza Dr., #300
Las Vegas, NV 89135

West Edna Assocs. Ltd./Mojave Electric
Attn: Troy Nelson, President
5525 Wynn Rd.
Las Vegas, NV 89118

West Edna Assocs., Ltd./Mohave Electric
c/o Snell & Wilmer, LLP
Attn: Charles E. Gianelloni
1700 S. Pavilion Ctr. Dr., #700
Las Vegas, NV 89135

William & Rachel Gupton
9440 Buckeye St., NW
Albuquerque, NM 87114

Yvette Herrel
P.O. Box 4338
Alamogordo, NM 88310